JASON D. RUSSELL (SBN 169219)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
jason.russell@skadden.com

Meredith C. Slawe (*pro hac vice application pending*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
meredith.slawe@skadden.com

Margaret E. Krawiec (*pro hac vice application pending*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
margaret.krawiec@skadden.com

*Attorneys for Defendant*
TRANS UNION, LLC

[Additional counsel on signature page]

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| JUDE OKPALA, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; and DOES 1-10,<br><br>Defendants. | Case No.: 4:23-cv-00584<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

## STIPULATION

WHEREAS, Plaintiff Jude Okpala filed his Complaint in the above-captioned matter on February 9, 2023;

WHEREAS, Defendant Trans Union, LLC ("Defendant") was served with the summons and Complaint on February 9, 2023, and its current deadline to respond to the Complaint is March 2, 2023;

WHEREAS, counsel for Plaintiff and Defendant have met and conferred and agree that the interests of justice would be served by granting Defendant an extension of time to May 1, 2023, to answer, move, or otherwise respond to Plaintiff's Complaint;

WHEREAS, there have been no previous extensions to Defendant's time to answer, move, or otherwise respond to the Complaint in the above-captioned matter;

WHEREAS, this extension will not have any effect on any deadline set by the Court in this action;

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, through their respective counsel, pursuant to Civil Local Rule 6-1(a), that Defendant's time to answer or otherwise respond to the Complaint in the above-captioned action shall be extended until **May 1, 2023**.

DATED: February 23, 2023

SKADDEN, ARPS, SLATE, MEAGHER & FLOM, LLP

By: _____/s/ *Jason D. Russell*_____

JASON D. RUSSELL (SBN 169219)
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600
jason.russell@skadden.com

Meredith C. Slawe (*pro hac vice application pending*)
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000
meredith.slawe@skadden.com

Margaret E. Krawiec (*pro hac vice application pending*)
1440 New York Avenue, N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile:  (202) 393-5760
margaret.krawiec@skadden.com

*Attorneys for Defendant, Trans Union, LLC*


WUCETICH & KOROVILAS LLP

By: _____/s/ *Jason M. Wucetich*_____

Jason M. Wucetich (SBN 222113)
jason@wukolaw.com
Dimitrios V. Korovilas (SBN 247230)
dimitri@wukolaw.com
222 North Pacific Highway, Suite 2000
El Segundo, California 90245
Telephone:  (310) 335-2001
Facsimile:   (310) 364-5201

*Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: _____                              _____
                                                    Hon.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**FILER'S ATTESTATION**

I, Jason D. Russell, am the ECF user whose identification and password are being used to file the foregoing Joint Stipulation Extending Time To Respond To Complaint. In compliance with Civil Local Rule 5-1(i), I hereby attest that all signatories hereto concur in this filing.

DATED: February 23, 2023

By: _____/s/ *Jason D. Russell* _____
        Jason D. Russell