1  JASON M. WUCETICH (STATE BAR NO. 222113)
   jason@wukolaw.com
2  DIMITRIOS V. KOROVILAS (STATE BAR NO. 247230)
   dimitri@wukolaw.com
3  WUCETICH & KOROVILAS LLP
   222 N. Pacific Coast Hwy., Suite 2000
4  El Segundo, CA 90245
   Telephone:    (310) 335-2001
5  Facsimile:    (310) 364-5201

6  Attorneys for Plaintiff
   JUDE OKPALA, individually and on behalf of all others
7  similarly situated

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUDE OKPALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC; and DOES 1-10,<br><br>Defendants. | CASE NO.  3:23-cv-00584-JSC<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

1 | Plaintiff Jude Okpala, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Trans Union LLC, without prejudice.

Dated: March 28, 2023

WUCETICH & KOROVILAS LLP

By: /s/ Jason M. Wucetich
JASON M. WUCETICH
Attorneys for Plaintiff JUDE OKPALA,
individually and on behalf of
all others similarly situated

- 2 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUIDICE